123 TAYLOR vs. CIRCUIT JUDGE (Kalamazoo), No. 14138, 100 M., 181.

To compel respondent to quash a writ of replevin and dismiss the proceedings, for the reason that the affidavit stated that the property had not been taken for "any taxes or fine, levied," etc., omitting the word "assessment."

Denied May 4, 1894, without costs.

The circuit judge permitted an amendment and the court held that the matter was within the discretion of the circuit judge. Baker vs. Dubois, 32 Mich., 92.

124 FOWLER ET AL. vs. CIRCUIT JUDGE (Wayne), No. 11919½.

To compel respondent to set aside a writ of replevin, because the affidavit did not state that it was made on behalf of the plaintiff, or that affiant had a knowledge of the facts set forth.

Order to show cause denied April 8, 1891.

125 HALL vs. CIRCUIT JUDGE (Wayne), No. 15864½.

To quash a writ of replevin.

Order to show cause denied October 20, 1896, on the ground that mandamus is not the proper remedy.

126 HARVEY vs. CIRCUIT JUDGE (St. Joseph), 63 M., 572.

To vacate an order dismissing an appeal to the Circuit Court from the determination of the circuit judge, in proceedings had before him, to dissolve an attachment.

Denied November 11, 1886.